**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 24, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00615-CV

## SAVVAS STEFANIDES, Appellant

## V.

## MARILYN STEFANIDES, Appellee

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2012-04758**

## MEMORANDUM OPINION

This is an appeal from an order signed July 17, 2019. On September 10, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Hassan.